UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE "A MILLION LITTLE PIECES" LITIGATION | ) No. 06-md-1771<br>) Hon. Richard J. Holwell |

NOTICE OF WITHDRAWAL OF OBJECTION TO
REQUEST FOR ATTORNEY'S FEES

In light of the most recent data concerning the number of claims filed in this case, Connie Pentz hereby withdraws her objections to Class Counsel's Motion for an Award of Attorney's Fees and the notice thereof.[1] Plaintiffs stated in their Memorandum of Law in Support of their Motion for Final Approval of Settlement that they anticipate that there will be a total of 1600 total claims by the October 1, 2007 deadline. Since an attorney's fee award in the amount of $783,333 will therefore not result in a reduction of any class member's recovery under the settlement, which was objector Pentz' primary concern about the attorney's fees requested, Connie Pentz withdraws her objection.

Respectfully submitted,
Connie Pentz,
By her attorney,

John J. Pentz, Esq.
Class Action Fairness Group
2 Clock Tower Place, Suite 260G
Maynard, MA 01754
Phone: (978) 461-1548
Fax: (707) 276-2925
Clasaxn@earthlink.net

---

[1] Court approval is not required for the withdrawal of an objection to fees under Fed. R. Civ. P. 23(h)(2), as opposed to an objection to the settlement itself. See Fed. R. Civ. P. 23(e)(4)(B).